IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JANE DOE,**

    *Plaintiff,*

v.                                        Case No.: 4:24cv436-MW/MJF

**BUDDY MONEY, in his official
capacity as Sheriff of Liberty County,**

    *Defendant.*

_____/

**ORDER GRANTING UNOPPOSED
<u>MOTION FOR LEAVE TO PROCEED ANONYMOUSLY</u>**

This Court has considered, without hearing, Plaintiff's motion for leave to proceed anonymously, ECF No. 2, and Defendant's response, ECF No. 14. Defendant asserts he does not oppose the requested relief. *Id*. at 1. Accordingly, the motion, ECF No. 2, is **GRANTED** without opposition. Plaintiff has leave to proceed under the pseudonym "Jane Doe" in this action.

    **SO ORDERED on December 6, 2024.**

                                                **s/Mark E. Walker          **
                                                **Chief United States District Judge**